No. 81–625. MISSOURI v. HAGGARD; MISSOURI v. COLLINS; MISSOURI v. HELTON; MISSOURI v. SINCLAIR; MISSOURI v. CREWS; MISSOURI v. TUNSTALL; MISSOURI v. CREWS; MISSOURI v. LOWERY; MISSOURI v. WILLIAMS; MISSOURI v. KENDRICK; MISSOURI v. WILLIAMS; MISSOURI v. COUNSELMAN; MISSOURI v. WHITE; MISSOURI v. PAYNE; MISSOURI v. GREER; MISSOURI v. BROWN; MISSOURI v. MARTIN; MISSOURI v. GREER; MISSOURI v. HAWKINS; MISSOURI v. FLETCHER; MISSOURI v. GASKIN; and MISSOURI v. PENNINGTON. Sup. Ct. Mo. Motions of respondents Donnie L. Collins, Eddie Greer, Harold Hawkins, Jackie

Martin, Terry Gene Crews, Hanford Gaskin, Marlon Payne, Willie Tunstall, Michael White, Robert Lee Haggard, Timothy Crews, Tommy Bryant Kendrick, William Brown, Johnny Williams, Rollan Anthony Williams, Randy Sinclair, Donald Greer, Robert Lowery, Carl Fletcher, Edward H. Pennington, Jr., and Wallace D. Counselman, Jr., for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Missouri* v. *Hunter, ante,* p. 359. Reported below: 619 S. W. 2d 44 (1st case); 619 S. W. 2d 66 (2d case); 619 S. W. 2d 69 (3d case); 619 S. W. 2d 73 (4th case); 619 S. W. 2d 78 (5th case); 619 S. W. 2d 71 (6th case); 619 S. W. 2d 76 (7th case); 619 S. W. 2d 77 (8th case); 619 S. W. 2d 63 (9th case); 619 S. W. 2d 61 (10th case); 619 S. W. 2d 82 (11th case); 619 S. W. 2d 72 (12th case); 619 S. W. 2d 79 (13th case); 619 S. W. 2d 75 (14th case); 619 S. W. 2d 65 (15th case); 619 S. W. 2d 68 (16th case); 619 S. W. 2d 80 (17th case); 619 S. W. 2d 62 (18th case); 619 S. W. 2d 64 (19th case); 619 S. W. 2d 57 (20th case); 618 S. W. 2d 620 (21st case); 618 S. W. 2d 614 (22d case).